WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TYRON BURNS,**                                                                                          CV # 05-66-KI

   Plaintiff,

vs.                                                                                                                              ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

   Attorney fees in the amount of $6,250.00 and expenses in the amount of $14.41 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $177.40 are awarded pursuant to 28 U.S.C. § 1920.

   DATED this 23 day of May, 2006.

   _____
   United States District Judge

Submitted on May 19, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1

Tyron Burns
CIVIL ACTION NO. 05-66-KI

Federal Court Expenses:

> Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14.41

Total Expenses: **$14.41.**

Federal Court Costs:

> Federal Court filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150.00
>
> Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . $7.00
>
> Copy costs for Plaintiff's Opening Brief . . . . . . . . . . . . . . . . . . . . . . $11.40
>
> Copy costs for Plaintiff's Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . $9.00

Total Costs: **$177.40.**

SCHEDULE A - page 1
Attachment to court ORDER